AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Connecticut

United States District Court
District of Connecticut
FILED AT HARTFORD

December 1, 2025

By R. Mayer
Deputy Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ryan RIBACK | ) | Case No. |
| | ) | 3:25mj1151(RAR) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **Sept. 2023 to Dec. 1, 2025** in the county of **Hartford** in the
**_____** District of **Connecticut**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) | Possession with Intent to Distribute, and distribution of a Controlled Substance |
| 21 U.S.C. § 846 | Conspiracy to Possess with Intent to Distribute, and Distribution of a Controlled Substance |
| 21 U.S.C. §§ 843(b) | Use of a telephone facility to facilitate drug felony |

This criminal complaint is based on these facts:

See Attached Affidavit of Scott Verillo, Task Force Officer, Drug Enforcement Administration.

☑ Continued on the attached sheet.

SCOTT VERILLO (Affiliate)
Digitally signed by SCOTT VERILLO (Affiliate)
Date: 2025.12.01 10:47:53 -05'00'

*Complainant's signature*

Scott Verillo, DEA TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/01/2025

Robert A. Richardson
Digitally signed by Robert A. Richardson
Date: 2025.12.01 14:41:20 -05'00'

*Judge's signature*

City and state: Hartford, CT     Hon. Robert A. Richardson, U.S. Magistrate Judge
*Printed name and title*