IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE APPLICATION FOR CRIMINAL COMPLAINTS, ARREST WARRANTS AND SEARCH WARRANTS | Case Nos. 3:25mj1146,1147,1148,1149,1150, 1151,1152,1153,1154,1155 &1156 (RAR) December 1, 2025 |

**Filed Under Seal**

MOTION TO SEAL

In accordance with Rule 57 of the Local Rules of Criminal Procedure, the United States of America moves the Court for an order sealing the following enclosed materials until December 1, 2026, absent further Order of the Court:

- Criminal Complaints and arrest warrants

- Master Affidavit in Support of Applications for Search Warrants, and attachments

- Search warrants and attachments and applications for search warrants and attachments

- Motion to Seal

- Order to Seal

The Government makes this application because the investigation of the criminal activities described in the sealed documents is ongoing. The Affidavit sets forth specific information about an ongoing, covert criminal investigation into individuals distributing controlled substances, in violation of 21 U.S.C. §§ 841(a)(1) and the targets of the investigation are still at large in the District of Connecticut. Premature disclosure of the contents of the sealed documents could jeopardize the safety of the individuals with whom the target may interact while evading law enforcement authorities, as well as jeopardize the safety of law enforcement authorities themselves. It may also result in the destruction of evidence and could frustrate this investigation by alerting the target of the investigation to the nature of the probe, the techniques

employed, and the evidence developed to date, by limiting the use of the grand jury to develop further admissible evidence, and by limiting the ability to conduct other search warrants.

Accordingly, the requested sealing is warranted because the presumption of access to these investigative documents is outweighed by these countervailing factors in favor of sealing.  Moreover, even if a higher standard for sealing applied, the requested sealing of these documents is essential to preserve the compelling interests set forth above and narrowly tailored to serve those interests.

Respectfully submitted,
DAVID X. SULLIVAN
UNITED STATES ATTORNEY


*/s/ Brendan Keefe*
BRENDAN KEEFE
ASSISTANT U.S. ATTORNEY
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510
Brendan.keefe@usdoj.gov
(860) 947-1101
Federal Bar No. ct28689