United States District Court
District of Connecticut
FILED AT HARTFORD

December 1, 2025

By R. Mayer
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **IN RE APPLICATION FOR CRIMINAL COMPLAINTS, ARREST WARRANTS AND SEARCH WARRANTS** | Case No.3:25mj1146,1147,1148,1149,1150, 1151,1152,1153,1154,1155 &1156 (RAR) **Filed Under Seal** |

## ORDER TO SEAL

Based on the motion of the Government and for good cause shown, it is hereby ORDERED that, in accordance with Rule 57 of the Local Rules of Criminal Procedure, the following materials submitted with the Government's Motion to Seal are SEALED until December 1, 2026:

- Criminal Complaints and arrest warrants

- Master Affidavit in Support of Applications for Search Warrants and attachments

- Search warrants and attachments and applications for search warrants and attachments

- Motion to Seal

- Order to Seal

The Court finds that the investigation of the criminal activities described in the sealed documents is ongoing. Premature disclosure of the contents of the sealed documents could result in harm to cooperating sources, the destruction of evidence and could frustrate this investigation by alerting the targets of the investigation to the nature of the probe, the techniques employed, and the evidence developed to date, by limiting the use of the grand jury to develop further admissible evidence, and by limiting the ability to conduct other search warrants.

Moreover, the Court finds that the requested sealing is warranted because the presumption of access to these investigative documents is outweighed by these countervailing factors in favor of sealing.  Even if a higher standard for sealing applied, the requested sealing of these documents is essential to preserve the compelling interests set forth above and narrowly tailored to serve those interests.

SO ORDERED, this 1st day of December 2025, at Hartford, Connecticut.

Robert A. Richardson

Digitally signed by Robert A. Richardson
Date: 2025.12.01 14:34:33 -05'00'

HON. ROBERT A. RICHARDSON
UNITED STATES MAGISTRATE JUDGE